UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JOYCE CARRICO, on behalf of herself and
all others similarly situated,

                Plaintiff,                Case No. 1:22-cv-08187-MKV

    v.

NAVICO, INC.

                Defendant.
-------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Joyce Carrico ("Plaintiff") and Defendant, Navico Inc., ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties") respectfully notify this Court that:

1. A Settlement Agreement is in the process of being finalized between the Parties.

2. Once the Settlement Agreement is fully executed, and Plaintiff has received the settlement payment, the Parties will respectfully request that the case be dismissed with prejudice.

3. The Parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for forty (45) five days to provide the Parties the opportunity to finalize the settlement documentation.

                                                  Respectfully submitted,

December 20, 2022

                                                  **K&L GATES LLP**

                                                  */s/ Carol C. Lumpkin*
                                                  Carol C. Lumpkin
                                                  Admitted *Pro Hac Vice*
                                                  200 S. Biscayne Boulevard, Suite 3900
                                                  Miami, FL 33131
                                                  Phone:  (305) 539-3300
                                                  Fax:    (305) 358-7095
                                                  Email: carol.lumpkin@klgates.com

                                                  *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this 20th day December of 2022.

                                                         */s/ Carol C. Lumpkin*
                                                         Carol C. Lumpkin

505281614.1