UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOYCE CARRICO, on behalf of herself and
all others similarly situated,

                Plaintiff,                Case No. 1:22-cv-08187-MKV

v.

NAVICO, INC.

                Defendant.
-------------------------------------------------------------x

## JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joyce Carrico and Defendant Navico Inc., by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Dated: March 27, 2023

By: _____
**NEMATZADEH PLLC**
*Counsel for Plaintiff*

Justin S. Nematzadeh
101 Avenue of the Americas
Suite 909
New York, NY 10013
Telephone: 646.799.6729
Email: jsn@nematlawyers.com

Respectfully submitted,

By: _____
**K&L GATES LLP**
*Counsel for Defendant*

Carol C. Lumpkin, Esq.
(Admitted Pro Hac Vice)
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone: 305.539.3300
Facsimile: 305.358.7095
Email: carol.lumpkin@klgates.com

Dated: _____

                                            _____
                                            United States District Court Judge
                                            Honorable Mary Kay Vyskocil

1